Scott E. Ortiz, WSB # 5-2550
William E. Reese, WSB # 7-4898
Scott C. Murray, WSB # 7-4896
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
P.O. Box 10700
159 North Wolcott Street, Suite 400
Casper, WY 82602
Telephone: (307) 265-0700
Telefax: (307) 266 2306
E-Mail:  sortiz@wpdn.net
        wreese@wpdn.net
        smurray@wpdn.net

Attorneys for Kemmerer Labarge Royalties LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| KEMMERER LABARGE ROYALTIES, LLC, a Wyoming Limited Liability Company, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | 23-CV-00150-ABJ |
| DENVER-LABARGE OIL AND GAS COMPANY, a Colorado Corporation, AND ANY OTHER UNKNOWN CLAIMANTS TO DENVER-LABARGE OIL AND GAS COMPANY INTERESTS, ) ) ) ) ) ) | |
| Defendants. ) | |

## PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT

COMES NOW, Plaintiff, Kemmerer LaBarge Royalties LLC, by and through its attorneys, WILLIAMS, PORTER, DAY & NEVILLE, P.C., and pursuant to Fed. R. Civ. P. 7.1(a)(2)(A), hereby submits it's Amended Corporate Disclosure Statement.

Attached hereto, and marked as Exhibit A, is a list identifying each member of Kemmerer LaBarge Royalties LLC, together with each member's city and state of citizenship. The only change made in this Amended Corporate Disclosure Statement from Plaintiff's original Disclosure Statement

[Doc. 37] is the addition of several members of McGinnis Family Resources, LLC, itself a member of Plaintiff Kemmerer LaBarge Royalties, LLC.

DATED this 26th day of April, 2024.

By:   */s/ Scott C. Murray*
Scott E. Ortiz, Wyo. Bar #5-2550
William E. Reese, WSB # 7-4898
Scott C. Murray, WSB # 7-4896
P.O. Box 10700
159 North Wolcott, Suite 400
Casper, Wyoming 82602
Telephone: (307) 265-0700
Facsimile: (307) 266-2306
Email: sortiz@wpdn.net
       wreese@wpdn.net
       smurray@wpdn.net

Counsel for Kemmerer LaBarge Royalties, LLC

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was served upon counsel this 26th day of April, 2024.

| | |
|---|---|
| Dale Aronson, W.S.B. #6-2681<br>P.O. Box 1418<br>Pinedale, WY 82941<br>daronson@wyoming.com | [ ] U. S. Mail (prepaid)<br>[x] CM/ECF Electronic Transmission<br>[ ] Overnight Delivery<br>[ ] Hand Delivery<br>[ ] Electronic Mail |
| Joshua A. Eames-Cepero<br>Texas Bar No. 24109826<br>Cain & Skarnulis, PLLC<br>303 Colorado Street, Suite 2850<br>Austin, TX 78701<br>jeames@cstrial.com | [ ] U. S. Mail (prepaid)<br>[x] CM/ECF Electronic Transmission<br>[ ] Overnight Delivery<br>[ ] Hand Delivery<br>[ ] Electronic Mail |

       */s/ Scott C. Murray*
       Scott C. Murray