**EXHIBIT A**
**LIST OF MEMBERS OF KEMMERER LABARGE ROYALTIES, LLC**

| MEMBER | LOCATION |
|---|---|
| Henry D. Barnes IV and Joan P. Barnes, Trustees of the Barnes Family Trust V/A dated 8/13/1999 | San Marcos, CA |
| Ann E. Brown | Nipomo, CA |
| Kathleen McTernan | San Anselmo, CA |
| Cede & Co. for State of Arizona for Audrie Luce | New York, NY |
| Cede & Co. | New York, NY |
| Cede & Co. | New York, NY |
| John J. & Penny Chrisman | Big Piney, WY |
| Penny Delle Chrisman Trust Penny Delle Chrisman Trustee | Peery, UT |
| Beverly J. Clarke Revocable Trust Beverly J. Clarke Trustee | Casper, WY |
| Controller State of California for Neil Hinkley | Sacramento, CA |
| Controller State of California for Gusie Theriot | Sacramento, CA |
| Kimberly Cope | Idaho Falls, ID |
| Evelyn Cosgrove Thomas Cosgrove Admin | Santa Rosa, CA |
| Helen M. Cottingham | Beckley, WV |
| Keith Elias Ellis | Chicago, IL |
| Nancy Espenscheid | Big Piney, WY |
| Mary B. Flitner | Greybull, WY |
| Tanya I. Golden | North Plains, OR |
| Jonathan L. Greene c/o N M Speiler Accounting Corp | Woodland Hills, CA |
| Susan Griggs | Fountain Hills, AZ |
| Christie A. Grogan | Phoenix, AZ |
| Robert F Hale, Trustee for Robert F Hale Revocable Living Trust dated October 1, 2014 | Annandale, VA |

**EXHIBIT A**

| MEMBER | LOCATION |
|---|---|
| Susan Henderson | S Jordan, UT |
| J. Scott Hocker Revocable Trust<br>J. Scott Hocker Trustee | Casper, WY |
| Allan C. Hogle C.S.C. | Gualala, CA |
| Owen C. Hogle | Spring City, UT |
| Marion Fargo Howard Trust<br>Charlotte H. Rosson Trustee | Portland, OR |
| CST Janssen, N.J. Traver, R.D. Traver, and Barbara Eastin | Denver, CO |
| Jezel Bezel Partners | Cranbury, NJ |
| Pamela C. Johnson | Zionsville, IN |
| Kemmerer Lodge No. 33 AF & AM | Evanston, WY |
| Dorie Converse King | Mountain Brook, AL |
| Dolores Joan Kominsky | Bozeman, MT |
| Florence R Shepard Revocable Trust<br>Florence R Shepard Trustee | Salt Lake City, UT |
| Kray & Co. | Chicago, IL |
| Alice J. McElhiney | Doniphan, MO |
| Myles M McGinnis & Corby E McGinnis trustees of The Myles M McGinnis and Corby E McGinnis Family Trust, created Dec 27, 1999 | Kemmerer, WY |
| Brandley Converse Monroe | Fairhop, AL |
| Marilyn L. Osborn | Long Beach, CA |
| Donald M. & Heather K. Peninger | Meridian, ID |
| Donald M. & Kimberly Peninger | Meridian, ID |
| Lewis K. Reinhardt Residuary Family Trust c/o James L Reinhardt, Trustee | Scottsbluff, NE |
| H. Bryan Richards | Salt Lake City, UT |

**EXHIBIT A**

| MEMBER | LOCATION |
|---|---|
| Thomas L. Salmon | Doylestown, PA |
| Santa Cruz High School Scholarship Fund #944607768 | Santa Cruz, CA |
| Dennis Selinger | Temecula, CA |
| State of Nevada for C. E. Greene | Las Vegas, NV |
| Ing Chamberlain | Cheyenne, WY 82002 |
| Ralph Shively | Cheyenne, WY |
| T. R. Terry | Cheyenne, WY |
| Helen Tanner Trust | Big Piney, WY |
| Jill W. Taylor | Manilla, UT |
| Edna Travers or John L. Travers Jr. | Thornton, CO |
| Fred Walters | Meridian, ID |
| Lyman Fargo Wells & Karin B Wells Trusteess of the Lyman Fargo Wells & Karin B Wells Joint Living Trust | Unknown at this time |
| James R. Witherspoon | Sandy, UT |
| William J. Witherspoon III | Vancouver, WA |
| Lyndon Anderson Yose | Houston, TX |
| William J McGinnis Revocable Trust William J McGinnis III Trustee | Big Piney, WY |
| Laurie M Latta Revocable Trust Laurie M Latta Trustee | Pinedale, WY |
| Betty Louise Fear Revocable Family Trust | Big Piney, WY |
| Joan Delong | Pocatello, ID |
| Susan Toner | Winston Salem, NC |
| Madaline Miracle | Casper. WY |
| David R Wright | Blythe, CA |
| Christine Miller | Ammon, ID |
| William M Turner & Virgina Turner, Trustees | Santa Ana, CA |

**EXHIBIT A**

| MEMBER | LOCATION |
|---|---|
| Turner Family Trust dated 01-03-06 | |
| John J Chrisman | Big Piney, WY |
| SuzAnn Orr | Sandy, UT |
| Pamela Chrisman | Big Piney, WY |
| Susan Massey | Casper, WY |
| The Schaffer 2012 Revocable Living Trust<br>Sylvia Schaffer, Trustee | Pasco, WA |
| Edward M Pavlisin | Sandy, UT |
| Patricia Angela Strahn | Kihei, HI |
| Jason Strahn | Kihei, HI |
| Kevin Strahn | Mukilteo, WA |
| Sandra G Adams | Hot Springs Village, AR |
| James R Eaton | Clayton, NC |
| Susan Ann Winans<br>Acquired Michael John Hund 02-09-10 | Topeka, KS |
| Randall A Louis | Pleasant Hill, CA |
| Gregory A Louis | Stockton, CA |
| Lawver Family Trust-Decedent Trust<br>u/a/d 06-26-98<br>Irene C Lawver, Trustee | Tucson, AZ |
| Laura J C Menard | Boulder, CO |
| Roger E Cole | Mobile, AL |
| Michael Jeffrey Kiefer | Buford, GA |
| John Richard Kiefer | Alpharetta, GA |
| Trainor Family Trust<br>Daniel & Jalaine Trainor, Trustees | Oceanside, CA |
| Marvin A. Keller Trust | Naperville, IL |
| Mark S Calkins | Hillsboro, OR |

**EXHIBIT A**

| Member | Location |
|---|---|
| Harry B Durham III | Casper, WY |
| McGinnis Family Minerals LLC c/o Ben Hansen<br>**Members**:<br>   a. Mary Kathleen Steele<br>   b. Timothy McGinnis<br>   c. Victor McGinnis<br>   d. Mark McGinnis<br>   e. Barbara McGinnis-Walters<br>   f. RCNB Bank | Rock Springs, WY<br><br>   a. San Diego, CA<br>   b. Salt Lake City, UT<br>   c. Sandy, UT<br>   d. Red Wing, MN<br>   e. Sacramento, CA<br>   f. Rock Springs, WY |

**EXHIBIT A**

| MEMBER | LOCATION |
| --- | --- |
| Barbara E Akers | Kihei, HI |
| Gary W Guittard, Trustee | Burlingame, CA |
| Horace A Guittard Jr. | Burlingame, CA |
| Michael Rutherford McCoy | Carmarillo, CA |
| Stanley P Jefson Jr | Jacksonville, FL |
| Julie Jefson Hamilton | Jacksonville, FL |
| Mary Jefson Smith | Flower Mound, TX |
| Kaye Alexander | South Ogden, UT |
| Barbara Jones | Centerville, UT |
| Virginia Evans | Centerville, UT |
| Paul E Kifer | Boise, ID |
| David H Kifer | Boise, ID |
| James C Ogren Revocable Trust | Provo, UT |
| Rhoda Zobell Revocable Trust | Provo, UT |
| Nancy Jane Landen | Meban, NC |
| Edwin John Loeffel, Jr | Salida, CO |
| Susan Claire Loeffel | Juniata, NE |
| James Albert Loeffel | Lincoln, NE |
| Norton K Kanzaki | Salt Lake City, UT |
| Faris Trust dated March 30, 2006 | Mission Viejo, CA |
| Elizabeth Greenwood Revocble Trust | Pinedale, WY |
| Celeste G Mori | Kemmerer, WY |

**EXHIBIT A**

| PARTNER | ADDRESS |
|---|---|
| James A Greenwood | Big Piney, WY |
| Penee Wood Stewart | Farmington, UT |
| Sue Wood | Salt Lake City, UT |
| Shelley Wood Tew | Farmington, UT |
| Alicia Diane Benbough | Kuna, ID |
| Mark R Miracle Revocable Trust: Mark R Miracle Trustee. | Cheyenne, WY |
| Patrick Hamilton Edwards | San Diego, CA |
| Brannon Whatley as Custodian for Kenna Brianne Whatley and Wade Austin Whatley (minors) | Dallas, GA |
| John S. Miracle t | Casper, WY |
| Lily Sol | Fairhope, AL |
| K Converse Living Trust | Colorado Springs, CO |
| Scott M Bailey | Omaha, NE |
| Andrew R Bailey | Blair, NE |
| Brian Edward Kirkpatrick | Phoenix, AZ |
| Scott Alan Kirkpatrick | Temecula, CA |
| Kevin Charlton Kirkpatrick | Stockton, CA |
| Jolie Jacobs | San Anselmo, CA |
| Daniel A Kifer and Kathryn P Kifer Living Trust Dated May 19, 2021 | Powell, WY |
| Corliss Carlson | Lander, WY |
| T Mark Mickelson | Big Piney, WY |
| Mildred Abernathy | Lander, WY |
| Government Street Presbyterian Church | Mobile, AL |

**EXHIBIT A**

| PARTNER | ADDRESS |
|---|---|
| Julie Blackstock | Scottsdale, AZ |
| Morris R. Massey Revocable Trust, Dated January 19, 2009, as amended. | Casper, WY |
| Sarah Cole | Glendale, CA |
| Marilyn L. Osborn Survivors Trust created by Rev Tr Dtd 06251996 | Long Beach, CA |
|  |  |